MARK J. HELLINGER et al., Individually and as Executors of PAUL HELLINGER, Deceased, Respondents, *v.* M. JACOB COHEN, Appellant.

Argued January 17, 1939; decided February 21, 1939.

*Louis Reiss* for appellant.

*Harold M. Goldblatt* and *Harry H. Oshrin* for respondents.

Judgment affirmed, with costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.